EDWARD NAVICKAS AND VIRGINIA NAVICKAS v. DAMON G. DOUGLAS CO., MAHONEY-TROAST CONSTRUCTION CO., AND DON-ALL CONSTRUCTION CO.

September 5, 1985.

Petition for certification granted, and the matter is summarily remanded to the Division of Worker's Compensation for reconsideration of petitioner's proofs in the light of *Hake v. Manchester Tp.*, 98 *N.J.* 302 (1985).

Jurisdiction is not retained.

ESTATE OF JOHN W. GASKILL, DECEASED, BY VICTORIA GASKILL, HIS SURVIVING SPOUSE v. SELECTED RISKS INSURANCE COMPANY, A CORPORATION AUTHORIZED TO DO BUSINESS IN NEW JERSEY.

September 5, 1985.

Petition for certification denied.   (See 202 *N.J.Super.* 138)

STATE OF NEW JERSEY v. EDWARD FINE, M.D.

September 5, 1985.

Petition for certification denied.